| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 9:23-CV-204 |
| | § | |
| BENJAMIN HINDSMAN, *et al.*, | § § | |
| Defendants. | § § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Jackson, an inmate confined at the Polunsky Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Benjamin Hindsman, C.O. IV Foster, and Sergeant Christian.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion for partial dismissal for claims against them in their official capacities and for the alleged denial of food or medical care.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes plaintiff's objections are without merit.

### O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is

**ORDERED** that the defendants' motion for partial dismissal of plaintiff's complaint is **GRANTED**. Plaintiff's claims against the defendants in their official capacities as well as his claims concerning the alleged deprivation of food and medical treatment are **DISMISSED**. Plaintiff's claims of excessive force and possible bystander liability for failing to intervene remain pending in this action.

SIGNED at Beaumont, Texas, this 16th day of July, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE